UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/1/2022
```

OSK VIII, LLC,

                        Plaintiff,

v.

NEW YORK TAXI WORKERS ALLIANCE,

                        Defendant.

22 Civ. 4277 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      For the reasons stated in the Court's order to show cause, *see* ECF No. 6, and pursuant to 28 U.S.C. § 1406, the Clerk of Court is directed to transfer this action to the United States District Court for the Eastern District of New York. The seven-day waiting period under Local Rule 83.1 is waived in light of Plaintiff's consent to the transfer. *See* ECF No. 8.

      SO ORDERED.

Dated: June 1, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge